Jacqueline M. Damm, OSB No. 004623
jacqueline.damm@ogletree.com
Christopher F. McCracken, OSB 894002
christopher.mccracken@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone:	503.552.2140
Fax:		503.224.4518

Thomas A. Lidbury, ISB No. 6211158
Admitted *Pro Hac Vice*
thomas.lidbury@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
155 N. Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone:	312.558.1230
Fax:		312.807.3619

Attorneys for Plaintiff
COLUMBIA EXPORT TERMINAL, LLC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| **COLUMBIA EXPORT TERMINAL, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**THE INTERNATIONAL LONGSHORE AND WAREHOUSE UNION**; **KANE AHUNA**, an individual; **JASON ANDREWS**, an individual; **JESUS ARANGO**, an individual; **MIKE AYERS**, an individual; **BRIAN BANTA**, an individual; **KEITH BANTA**, an individual; **ANDRE BARBER**, an individual; **CRYSTAL BARNES**, an individual; **CRAIG BITZ**, an individual; **LISA BLANCHARD**, an individual; **RANDY BOOKER**, an individual; **BRAD BOYD**, an individual; **LARRY BROADIE**, an individual; **FELIX** | Case No.: 3:18-cv-2177 - JR<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

1 - NOTICE OF APPEAL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503.224.4518

**BROWN**, an individual; **JIMMY BROWN**, an individual; **JON BUDISELIC**, an individual; **WILLIAM BURRIS**, an individual; **DOUGLAS CAREY**, an individual; **GREG CARSE**, an individual; **ANTHONY CERRUTTI**, an individual; **HUGH COLSON**, an individual; **TIM COPP**, an individual; JAMES **COTHREN**, an individual; **STEVEN COX**, an individual; **BOBBY CRANSTON**, an individual; **JAMES DAW**, an individual; **ADAM DAY**, an individual; **JAMES DEGMAN**, an individual; **TORRAE DE LA CRUZ**, an individual; **FRANK DE LA ROSA**, an individual; **THOMAS DEMUTH**, an individual; **JAMES DINSMORE**, an individual; **BRIAN DIRCKSEN**, an individual; **TERENCE DODSON**, an individual; **GARY DOTSON**, an individual; **OLIVER EDE**, an individual; **RAY ELWOOD**, an individual; **TODD ENGLERT**, an individual; **CHRIS EUBANKS**, an individual; **DAVID FAMBRO**, an individual; **LARRY FAST**, an individual; **JAMES FINCH**, an individual; **GREG FLANNERY**, an individual; **MIKE GARDNER**, an individual; **BRETT GEBHARD**, an individual; **RICHARD GILSTRAP**, an individual; **TED GRAY**, an individual; **KURTIS HANSON**, an individual; **MIKE HARMS**, an individual; **RANDY HARPER**, an individual; **TERRY HICKMAN**, an individual; **JAMES HOLLAND**, an individual; **BRUCE HOLTE**, an individual; **RONALD HUSEMAN**, an individual; **NATHAN HYDER**, an individual; **TROY JAMES**, an individual; **MALACHI JASON**, an individual; **SAM JAURON**, an individual; **ANTHONY JEFFRIES**, an individual; **KEVIN JOHNSON**, an individual; **PAT JOHNSON**, an individual; **TEREK JOHNSON**, an individual; **TIM JONES**, an individual; **JON JULIAN**, an

2 – NOTICE OF APPEAL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503.224.4518

individual; **LEROY KADOW**, an individual; **GEORGE KELLY**, an individual; **ERIC KING**, an individual; **WAYNE KING**, an individual; **KEVIN KNOTH**, an individual; **KENNETH KYTLE**, an individual; **MIKE LACHAPELLE**, an individual; **JIMMY LAI**, an individual; **TOM LANGMAN**, an individual; **TYLER LAUTENSCHLAGER**, an individual; **JACK LEE**, an individual; **KEN LEE**, an individual; **DAN LESSARD**, an individual; **SHANTI LEWALLEN**, an individual; **DANNY LOKE**, an individual; **THOMAS LOVE**, an individual; **WILFRED LUCH**, an individual; **KARL LUNDE**, an individual; **CRAIG MAGOON**, an individual; **MIKE MAHER**, an individual; **LEVI MANNING**, an individual; **RICKIE MANNING**, an individual; **JAY MANTEI**, an individual; **PAT MARONAY**, an individual; **ANGELA MARTIN**, an individual; **GARRY MATSON**, an individual; **PATRICK MCLAIN**, an individual; **MATTHEW MCMAHON**, an individual; **MIKE MCMURTREY**, an individual; **DONALD MEHNER**, an individual; **CURTIS MEULER**, an individual; **KARL MINICH**, an individual; **JOSH MORRIS**, an individual; **JOHN MULCAHY**, an individual; **TOM NEITLING**, an individual; **MARTIN NELSON**, an individual; **GREG NEMYRE**, an individual; **RIAN NESTLEN**, an individual; **CHRIS OVERBY**, an individual; **KEN OVIATT**, an individual; **THOMAS OWENS**, an individual; **JOHN PEAK**, an individual; **SHANN PEDERSON**, an individual; **JEFF PERRY**, an individual; **JOHN PERRY**, an individual; **ARNOLD PETERSON**, an individual; **TERRY PLAYER**, an individual; **JAMES POPHAM**, an individual; **DAVID**

3 – NOTICE OF APPEAL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503.224.4518

**PORTER**, an individual; **MIKE RAPACZ**, an individual; **JOHN RINTA**, an individual; **WILLIAM ROBERTS**, an individual; **JOSEPH ROBINSON**, an individual; **MARK ROBINSON**, an individual; **CHRIS SCHEFFEL**, an individual; **THEODORE SCHUH**, an individual; **MICHAEL SEXTON**, an individual; **MARK SIEGEL**, an individual; **COURTNEY SMITH**, an individual; **JEFF SMITH**, an individual; **JEFFERY SMITH**, an individual; **MIKE SMITH**, an individual; **SCOTT STEIN**, an individual; **DONALD STYKEL**, an individual; **MIKE SUHR**, an individual; **LEAL SUNDET**, an individual; **LAURENCE THIBEDEAU**, an individual; **MARK THORSFELDT**, an individual; **SHAWN THORSTAD**, an individual; **JAMES THORUD**, an individual; **DAVID TRACHSEL**, an individual; **WILLIAM UNDERWOOD**, an individual; **JASON VANCE**, an individual; **PAN VARNON**, an individual; **MIKE WALKER**, an individual; **DWAYNE WAMSHER**, an individual; **EUGENE WEBB**, an individual; **MIKE WEHAGE**, an individual; **KEVIN WELDON**, an individual; **SPENCER WHITE**, an individual; **RICHARD WIDLE**, an individual; **NURAL WILLIS**, an individual; **RONALD WOODS**, an individual; **MARK WRIGHT**, an individual; **CAROL WURDINGER**, an individual; **JERRY YLONEN**, an individual; **PAUL YOCHIM**, an individual; **RICHARD ZATTERBERG**, an individual; and **FRED ZOSKE**, an individual;

**Defendants.**

The plaintiff and appellant Columbia Export Terminal, LLC, appeals to the United States Court of Appeals for the Ninth Circuit from the Final Judgment filed in this case and entered on

December 20, 2019, in the district court. [Docket 112]. Pursuant to Ninth Circuit Rule 3-2, a

Representation Statement is attached to this notice as Attachment 1.

DATED: January 17, 2020

          **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By:   */s/ Christopher F. McCracken*
       Jacqueline M. Damm, OSB No. 004623
       jacqueline.damm@ogletree.com
       Christopher F. McCracken, OSB 894002
       christopher.mccracken@ogletree.com
       503.552.2140

       Thomas A. Lidbury, ISB No. 6211158
       (*Pro Hac Vice*)
       thomas.lidbury@ogletree.com
       312-558-1230

       Attorneys for Plaintiff
       COLUMBIA EXPORT TERMINAL, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2020, I served the foregoing **NOTICE OF APPEAL** on:

> Robert H. Lavitt, OSB No. 040883
> Darin M. Dalmat. WSBA No. 51384
> BARNARD IGLITZIN & LAVITT LLP
> 18 Mercer St., Suite 400
> Seattle, WA 98119
> lavitt@workerlaw.com
> dalmat@workerlaw.com
> *Attorneys for Defendant The International Longshore and Warehouse Union*

> James L. Hiller, OSB No. 772220
> HITT HILLER MONFILS WILLIAMS LLP
> 411 SW 2nd Avenue, Suite 400
> Portland, OR 97204
> jhiller@hittandhiller.com
> *Attorneys for Certain Defendants*

> Thomas K. Doyle, OSB No. 972511
> BENNETT HARTMAN MORRIS & KAPLAN, LLP
> 210 SW Morrison Street, Suite 500
> Portland, OR 97204
> doylet@bennetthartman.com
> *Attorneys for Certain Defendants*

- ☒ by **electronic** means through the Court's ECF filing system.

- ☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

- ☐ by causing a true and correct copy to be **hand-delivered** to the last known address of each person listed above. It was contained in a sealed envelope and addressed as stated above.

- ☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: s/ Susan Hunter
Practice Assistant
503.552.2140

1 - CERTIFICATE OF SERVICE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503.224.4518

41489574.1

7 – NOTICE OF APPEAL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503.224.4518